1
2
3
4

UNITED STATES DISTRICT COURT

5

SOUTHERN DISTRICT OF CALIFORNIA

6

UNITED STATES OF AMERICA,                    )   Case Nos.:  20cr2980-WQH, 20cr3914-

7                                                                          )   WQH, 21cr799-WQH,

Plaintiff,                          )

8                                                                          )
9         v.                                                         )   Order continue sentencing hearings
                                                                           )
10   CHARLES BURRUSS,                             )
                                                                           )
11                                                                        )
                                                                           )
12                      Defendants.                       )
13   _____  )
                                                                           )
14
          Good cause appearing in the parties' joint motions (20cr2980 ECF No. 48),
15
16   (20cr3914 ECF No. 23), (21cr799 ECF No. 17) are granted and the Court continues

17   the sentencing hearings in these matters from May 23, 2022 to December 12, 2022,

18   at 9:00 a.m.
19
          The Court excludes time under the Speedy Trial Act through December 12,
20
21   2022, because it is considering the plea agreements, and because it finds the ends of

22   justice served by continuing their sentencings outweigh the best interest of the
23
24   public and the defendants in a speedy trial.

25     So ordered.

26     Dated:  April 4, 2022                                 _____
                                                                           Hon. William Q. Hayes
27                                                                        United States District Court
28

1